BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7234
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS EDGARDO FERRAN LEON,<br>    a/k/a "BURRO,"<br>FELIX LOPEZ GALINDO,<br>    a/k/a "LUIS MALDONADO-<br>    ROSADO,"<br>    a/k/a "FANTA,"<br>PEDRO LOPEZ GALINDO,<br>    a/k/a "ZORRO,"<br><br>    Defendant. | NO. CR 17-0244-1 WHO<br>    CR 17-0244-6 WHO<br>    CR 17-0244-7 WHO<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 16, 2017 TO JUNE 15, 2017 UNDER THE SPEEDY TRIAL ACT |

Defendants, Carlos Edgardo Ferran Leon, represented by Ethan Balogh, Felix Lopez Galindo, represented by Randy Sue Pollock, and Pedro Lopez Galindo, represented by Colin Cooper, and the government, represented by Rita Lin, Assistant United States Attorney, appeared before the Court on May 11, 2017 for a status hearing. At that time, the indictment against the defendants remained under seal, and government counsel provided redacted copies to defense counsel. The Court set May 18, 2017 for a status on the unsealing of the indictment. On May 16, 2017, Assistant United States Attorney

Sheila Armbrust unsealed the indictment and provided unredacted copies to defense counsel.

The parties now stipulate to vacate the appearance on May 18, 2017, for a status on the unsealing of the indictment and to exclude time under the Speedy Trial Act from May 16, 2017, until June 15, 2017, on which date the parties will appear for an initial appearance in front of the Honorable William H. Orrick. Government counsel will be producing discovery to defense counsel, who need time to review this with their clients.

IT IS SO STIPULATED

DATED: May 16, 2017

BRIAN J. STRETCH
United States Attorney

/s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: May 16, 2017

/s/
ETHAN BALOGH
Counsel for Defendant Carlos Ferran Leon

DATED: May 16, 2017

/s/
RANDY SUE POLLOCK
Counsel for Defendant Felix Lopez Galindo

DATED: May 16, 2017

/s/
COLIN COOPER
Counsel for Defendant Pedro Lopez Galindo

Based upon the representation of counsel and for good cause shown, the Court vacates the May 18, 2017, status set for defendants Carlos Ferran Leon, Felix Lopez Galindo, and Pedro Lopez Galindo. The Court finds that failing to exclude the time between May 16, 2017, and June 15, 2017, would unreasonably deny the defendants continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 16, 2017, and June 15, 2017, from computation under the Speedy Trial Act outweigh the best

interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 16, 2017, and June 15, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 6/16/17

HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge